IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02283-MSK-BNB

FRANCIS QUINTANA,
ADELITA ORTIZ,
DENNIS QUINTANA, JR.,
DOMINIQUE QUINTANA,
XAVIER QUINTANA,

        Plaintiffs,

v.

DAVID KUFEKE,
LONNIE REEVES,
DURU ASHEABARKA, and
COMMUNITY EDUCATION CENTERS, INC.,

        Defendants.

_____

## ORDER OF RECUSAL
_____

This matter comes before the Court, *sua sponte*. The undersigned recuses in this matter pursuant to 28 U.S.C. Section 455(a) due to her longstanding personal friendship with principals in the firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP.

Dated this 19th day of December 2005.

                      **BY THE COURT:**

                      _____
                      Marcia S. Krieger
                      United States District Judge