IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02283-PSF-BNB

FRANCIS QUINTANA,
ADELITA ORTIZ,
DENNIS QUINTANA, JR.,
DOMINIQUE QUINTANA, and
XAVIER QUINTANA,

Plaintiffs,

v.

DAVID KUFEKE,
LONNIE REEVES,
DURU ASHEABARKA, and
COMMUNITY EDUCATION CENTERS, INC.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate and Reschedule Hearing on Plaintiffs' Motion for Leave to File First Amended Complaint and Jury Demand** (the "Motion"), filed on February 7, 2006.

IT IS ORDERED that the Motion is GRANTED and the hearing set for February 21, 2006, is **vacated and reset to February 28, 2006, at 8:30 a.m., for one hour**, in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  February 13, 2006