IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02283-PSF-BNB

FRANCIS QUINTANA,
ADELITA ORTIZ,
DENNIS QUINTANA, JR.,
DOMINIQUE QUINTANA, and
XAVIER QUINTANA,

Plaintiffs,

v.

DAVID KUFEKE,
LONNIE REEVES,
DURU ASHEABARKA, and
COMMUNITY EDUCATION CENTERS, INC.,

Defendants.

---

**ORDER**

---

This matter is before me on the **Plaintiffs' Motion for Leave to File First Amended Complaint and Jury Demand** [Doc. # 29, filed 1/25/06] (the "Motion to Amend"). I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the Plaintiffs' First Amended Complaint and Jury Demand submitted with the Motion to Amend.

IT IS FURTHER ORDERED that the defendants shall respond to the first amended complaint within 10 days.

Dated February 28, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge