IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02283-PSF-BNB

FRANCIS QUINTANA;
ADELITA ORTIZ;
DENNIS QUINTANA, JR.;
DOMINIQUE QUINTANA; and
XAVIER QUINTANA,

      Plaintiffs,

v.

DAVID KUFEKE;
LONNIE REEVES;
DURU ASHEABARKA; and
COMMUNITY EDUCATION CENTERS, INC.,

      Defendants.

## ORDER TO STAY PROCEEDINGS

This matter is before the Court on plaintiffs' Unopposed Motion to Stay Proceedings (Dkt. # 45). Upon consideration and for good cause, the Court hereby

ORDERS that all proceedings be stayed pending completion of settlement documents. It is

FURTHER ORDERED that the parties shall file dismissal papers no later than **March 21, 2006.**

      DATED: March 7, 2006

                                                    BY THE COURT:

                                                    *s/ Phillip S. Figa*

                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge